UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1095 (MJD/JGL)

WILLIAM BEHA,

Plaintiff,

v.

**PRETRIAL ORDER**

CAMPBELL SOUP COMPANY, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2001;

3. The period during which the parties may seek discovery shall be completed by March 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to July 1, 2002; and

6. This case will be considered "ready for trial" as of Octobe 1, 2002.

DATED: August 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

AUG 15 2001
Filed
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1095 (MJD/JGL)

WILLIAM BEHA,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

CAMPBELL SOUP COMPANY, et al.,

Defendants.

A settlement conference has been scheduled in the above-referenced matter for **Monday, January 7, 2002, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: August 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**
Richard Nygaard, Esq.
Patrick Robben, Esq.
2000 Metro Center
333 South Seventh Street
Minneapolis, MN 55402

Ellen Sampson, Esq.
Suite 2300
150 South Fifth Street
Minneapolis, MN 55402

Filed AUG 15 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________