UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1095 (MJD/JGL)

WILLIAM BEHA,

Plaintiff,

v.

ORDER

CAMPBELL SOUP CO., ET AL

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 1-14-02

MICHAEL J. DAVIS
United States District Court Judge

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______